UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PETER BORREGGINE,

    Plaintiff,

v.

PROKARMA, INC., *et al.*,

    Defendants.

CASE NO. C18-0336 RSM

MINUTE ORDER DENYING MOTION FOR OVERLENGTH BRIEF AS MOOT

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

THIS MATTER comes before the Court on Plaintiff's Motion for Overlength Reply Brief. Dkt. #22. Plaintiff apparently believes he is entitled to only six pages in opposition to Defendants' pending motion to dismiss, and therefore seeks additional pages, and asks the Court to accept the "overlength brief" he has already filed. *Id.*

Under the Court's Local Civil Rules, when responding to a motion to dismiss, "briefs in opposition shall not exceed twenty-four pages. Reply briefs shall not exceed twelve pages." Local Civil Rule 7(e)(3). The opposition that Plaintiff has filed is only nine pages. *See* Dkt. #21. Accordingly, it is not overlength, and the Court will accept it as filed. As a result, Plaintiff's motion for overlength brief (Dkt. #22) is DENIED AS MOOT.

The Court's Local Rules are available on the Court's public internet site. Plaintiff is encouraged to access and review those Rules.

MINUTE ORDER - 1

| | |
|---|---|
| 1 | DATED this 20th day of June, 2018. |
| 2 | WILLIAM McCOOL, Clerk |
| 3 | By: /s/ Paula McNabb |
| 4 | Deputy Clerk |

MINUTE ORDER - 2